UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Stanford B. Peralta,<br><br>          Plaintiff,<br><br>    v.<br><br>MTC Financial, Inc., et al.,<br><br>          Defendants. | Case No. 2:17-cv-1684-APG-CWH<br><br>**ORDER DENYING MOTION TO EXTEND SERVICE DEADLINE**<br><br>(ECF Nos. 9, 10) |

On October 23, 2017, this case was dismissed because the plaintiff failed to file proof of service or show good cause for his failure to timely serve the defendants. ECF No. 8. The plaintiff now moves for an extension of the deadline to serve the defendants. ECF Nos. 9, 10. But the plaintiff fails to explain why he did not timely serve the defendants, or why an extension is justified. Thus, there is no good cause to extend the time for service or reverse the order of dismissal.

**IT IS HEREBY ORDERED** that the plaintiff's motion to extend time for service **(ECF Nos. 9, 10) is DENIED**.

Dated: October 31, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE